STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
                                       SUPERIOR COURT DIVISION
COUNTY OF WAKE                    FILE NO. 10 CVS 15030

|  |  |
|---|---|
| ANGELA REEVES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FEARINGTON PROPERTIES, LLC, )<br>)<br>Defendants. )<br>) | **MOTION TO DISMISS**<br>**[N.C. Gen. Stat. § 1A-1, Rule 12(b)(6)] or**<br>**IN THE ALTERNATIVE FOR A MORE**<br>**DEFINITE STATEMENT**<br>**[N.C. Gen. Stat. § 1A-1, Rule 12(e)]**<br>**IN LIEU OF ANSWER** |

       NOW COMES the Defendant Fearington Properties, LLC, by and through counsel, and moves the Court for the entry of an Order dismissing this action pursuant to N.C. Gen. Stat. § 1A-1, Rule 12(b)(6) of the North Carolina Rules of Civil Procedure.

       In Support of said Motion, the said Defendant Fearington Properties, LLC contends the Complaint on its face establishes that the Defendant entity is a limited liability company organized and existing under the laws of the State of North Carolina, but the claims alleged against the Defendant in numerous paragraphs set forth in the Complaint are based upon Chapter 55 of the North Carolina General Statutes, which pertain to corporations and has nothing to do with limited liability companies.

       Accordingly, for the foregoing reasons, the Plaintiff's Complaint must be dismissed.

       In the alternative, in the event the Court should find Plaintiff's Complaint states a claim, then in such event and by way of this alternative motion, Defendant Fearington Properties, LLC moves the Court for the entry of an Order requiring the Plaintiff to make a more definite statement as to the claims alleged by the Plaintiff against the Defendant; including without limitation, the proper statutory basis for such claims.

       WHEREFORE, Defendant Fearington Properties, LLC prays this action be dismissed or in the alternative that the Plaintiff be required to plead a more definite statement.

       This the 1st day of November, 2010.

PENDERGRASS LAW FIRM, PLLC

By: _____
James K. Pendergrass, Jr.
Counsel for Defendant Fearington Properties, LLC
P.O. Drawer 33809
Raleigh, NC 27636
(919) 510-9559
N.C. Bar No. 14183

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Motion to Dismiss [N.C. Gen. Stat. § 1A-1, Rule 12(b)(6)] or In the Alternative Motion for a More Definite Statement [N.C. Gen. Stat. § 1A-1, Rule 12(e)] In Lieu of Answer in this action by depositing a copy of the same in a postage paid depository under the exclusive care and custody of the United States Postal Office Department addressed to:

Kellie Chappell Gonzalez, Esqx.
Gonzalez Law Firm, PLLC
1140 Kildaire Farm Rd., Suite 108
Cary, NC 27511

Inez de Ondarza Simmons, Esqx.
De Ondarza Simmons Law
5 West Hargett Street, Suite 807
Raleigh, NC 27603

This the 15+ day of November, 2010.

PENDERGRASS LAW FIRM, PLLC

By:_____
James K. Pendergrass, Jr.
Counsel for Defendant Fearington Properties, LLC
P.O. Drawer 33809
Raleigh, NC 27636
(919) 510-9559
NC Bar No. 14183